G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
LESLIE DIRKES,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| **LESLIE DIRKES,** | Case No.:  EDCV13-1390JGB(SPx) |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| vs. | |
| **COLONIAL ASSET MANAGEMENT; and DOES 1 to 10 inclusive,** | |
| Defendants. | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff  LESLIE DIRKES (hereinafter "Plaintiff"), by and through her attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case without prejudice.

1                                RESPECTFULLY SUBMITTED,

2

3    DATED: August 20, 2013         **PRICE LAW GROUP APC**

4

5                             By: /s/ G. Thomas Martin, III
                                   G. Thomas Martin, III
6                                    Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25